PROB 12B
(7/93)

Report Date: August 23, 2013

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 26 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Alma Delia Parra-Perez | Case Number: 2:13CR02013-001 |

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko

| | |
|---|---|
| Date of Original Sentence: 4/11/2013 | Type of Supervision: Supervised Release |
| Original Offense: Social Security Number Misuse, 42 U.S.C. § 408(a)(7)(B) | Date Supervision Commenced: 4/11/2013 |
| Original Sentence: Prison - 71 Days<br>TSR - 12 Months | Date Supervision Expires: 4/10/2014 |

## PETITIONING THE COURT

To suspend the following general condition:

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test withing 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

## CAUSE

Background information reflects Ms. Parra-Perez has no substance abuse/use history. Therefore, this officer respectfully recommends the above-noted drug testing condition be suspended, based on the determination that the defendant poses a low risk of future substance abuse.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 23, 2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] To Suspend the Condition as Noted Above
[ ] Other

Signature of Judicial Officer

8/26/13
Date